AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sala, Paul | United States Bankruptcy Court, District of Arizona | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge, full-time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

230 N. First Avenue
Suite 101
Phoenix, AZ 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Allen, Sala & Bayne, PLC, an Arizona Professional Limited Liability Company (resigned June 30, 2014) |
| 2. | Manager/Member | Codaco, LLC, an Arizona Limited Liability Company |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/30/2014 | Allen, Sala & Bayne, PLC, Termination Agreement with former law firm, no remaining ownership |
| 2. | 12/31/1999 | Allen Maguire & Barnes, PLC Retirement Plan with former firm (07/01/14 name changed from Allen, Sala & Bayne, PLC), no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sala, Paul | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2014 | Allen Maguire & Barnes, PLC ( 07/01/14 name change from Allen, Sala & Bayne, PLC), K-1 income (est. awaiting final K-1) | $475,037.00 |
| 2. 2014 | Allen Maguire & Barnes, PLC ( 07/01/14 name change from Allen, Sala & Bayne, PLC), guaranteed payments on K-1 (est. awaiting final K-1) | $9,143.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/07/2014 to 10/11/2014 | Chicago, IL | Attendance and participation at annual meeting of professional organization | Two nights hotel |
| 2. | United Trustees Association | 11/09/2014 to 11/11/2014 | La Quinta, CA | Presentation at annual conference | Mileage, hotel, meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sala, Paul | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Allen Maguire & Barnes, PLC (formerly Allen, Sala & Bayne, PLC) | Sponsor for reception open to all bar section members following Investiture | $11,997.42 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank Mortgage | Mortgage loan on Oceanside, CA condo (Part VII, line 12) | M |
| 2. | Allen, Sala & Bayne, PLC Retirement Plan | 401k loan (Part VII, line 1) | K |
| 3. | Fedloan Servicing | Student loans owed by ▮ | K |
| 4. | Fedloan Servicing | Student loans owed by ▮ | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sala, Paul | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allen Maguire & Barnes, PLC 401(k), loan receivable | C | Interest | K | U | | | | | |
| 2. Allen Maguire & Barnes, 401(k), Vanguard Ext. Market Inx Adm.ind fund | C | Dividend | N | T | | | | | |
| 3. Allen, Sala & Bayne, PLC 401(k), Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 4. ETrade IRA, Apple Corp. common stock | B | Dividend | L | T | | | | | |
| 5. ETrade IRA, GT Advanced Technologies, Inc. common stock | | None | J | T | | | | | |
| 6. ETrade IRA, STMicroelectronics N.V. common stock | A | Dividend | J | T | | | | | |
| 7. ETrade IRA, cash | A | Interest | J | T | | | | | |
| 8. Terra Systems, Inc. (TSYI) common stock | | None | J | T | | | | | |
| 9. Codaco, LLC, 12.5% membership in limited liability company | A | Distribution | K | W | | | | | |
| 10. National Bank of Arizona, accounts | | None | K | T | | | | | |
| 11. Allen, Sala & Bayne, PLC, Termination Agreement | F | Distribution | M | U | | | | | |
| 12. Oceanside, CA condo | | None | M | W | | | | | |
| 13. First Federal Credit Union account | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sala, Paul | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul Sala**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544